IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA



Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:18-cr- **141** |
| v. | ) | |
| | ) | Possession of a Firearm and Ammunition |
| | ) | by Convicted Felon |
| WILLIAM RILEY SMALLS, | ) | 18 U.S.C. § 922(g)(1) |
| Defendant. | ) | (Count 1) |
| | ) | |

**INDICTMENT**
**DECEMBER 2018 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Possession of a Firearm and Ammunition by Convicted Felon)

On or about November 6, 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, WILLIAM RILEY SMALLS, did knowingly and unlawfully possess a firearm, to wit: a Smith & Wesson, Model "Victory," .38 caliber revolver bearing serial number V28776, and .38 special caliber ammunition, in and affecting interstate and foreign commerce, after being convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATION

Pursuant to FED.R.CRIM.P. Rule 32.2, the defendant is hereby notified that upon

˅1˅

conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States all property constituting or any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

a. a Smith & Wesson, Model "Victory," .38 caliber revolver bearing serial number V28776, and

b. .38 special caliber ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney

-2-

conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States all property constituting or any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

   a. a Smith & Wesson, Model "Victory," .38 caliber revolver bearing serial number V28776, and

   b. .38 special caliber ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c).)

A TRUE BILL

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney